Brian S. King, #4610
Brent Newton, #6950
Samuel M. Hall, #16066
Andrew J. Somers, #19078
**BRIAN S. KING, P.C.**
420 East South Temple, Ste 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com
andrew@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| J.M., individually and on behalf of N.M., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, UNITED BEHAVIORAL HEALTH, TRINET HR III, INC., and the TRINET HR III, INC. WELFARE BENEFIT PLAN,<br><br>Defendants. | STIPULATED MOTION FOR SCHEDULING ORDER<br><br><br>Case Number 2:23-cv-447-RJS-DBP<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead. |

The parties, through their undersigned counsel, stipulate and request the Court to order the attached proposed scheduling order in accordance with the attorney planning meeting report.

| | |
|---|---|
| DATED this 9th day of November, 2023. | DATED this 9th day of November, 2023 |
| /s/ Brian S. King<br>Attorney for Plaintiff. | /s/Maryann Bauhs<br>Attorney for Defendants United Healthcare Insurance Company, United Behavioral Health, Trinet HR III, Inc., and the Trinet HR III Welfare Benefit Plan. |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent to all parties registered to receive court notices via the Court's CM/ECF system.

Dated this 9th day of November, 2023.

/s/ Brian S. King